

**Innovation in Healthcare Networking**

# Product Overview

## Network Management Solution Overview

AllRad Direct (AllRad) designed and developed a healthcare network management system which they used for radiology referrals.  Their innovative technology took three 25 developers over 4 years to develop and enhance.  The company believes that the total cost was between $6 and $8 million.  company with one service and an innovative software solution.

The network management solution automates the entire referrals process including scheduling patient appointments, patient appointment follow-up including gathering and communicating imaging results.  The system automatically communicates the physiological and clinical data required from the radiological provider to ensure the highest quality of service from the referred facility and the quickest and most accurate diagnosis for the patient. Although the focus of the AllRad Direct development effort was radiology referrals, the generic nature of the software allows easy adaptation for other specialties, labs, and physical therapy facilities.

© Sage Group - Proprietary & Confidential

EHREN WALIA 004023



403



AllRad Direct
Innovation in Healthcare Networking

# Strategic Fit and Synergies

## Strategic Fit and Synergies

CHT's strategic direction is leverage its industry position as a leading RCM provider and IPA operator to move into the far more lucrative business as an ACO. With a technology platform that already includes PM, RCM, and BI, applications; CHT is well positioned to make the transition. In addition to the existing CHT applications an ACO requires a network management system to coordinate care between providers. The AllRad Network Management Solution is a big step in the right direction. While this acquisition will not provide a complete network management solution for a CHT ACO, it will provide a robust starting point, with many of the features required for an ACO.

CHT will want to leverage the NYNM network to build a future ACO. Currently the NYNM physicians and practices use many different EHR systems. AllRad's Network Management Solution has been designed to easily integrate with most EHR systems, which means that it will make an ideal interface system between existing CHT applications and ACO participating providers and also out-of-network providers.

The AllRad Solution uses the same Microsoft development platform and database as CHT's proprietary Pegasus applications, PARCS and Pegasus BI, which ensures that the same team of technology experts CHT uses for development, support, and enhancement of the existing applications can also be used for the Network Management Solution.

© Sage Group - Proprietary & Confidential
EHREN-WLNIA-004024



ge Group

404



# Detailed Assessment

## Functionality Assessment

AllRad's Health Network Management Solution delivers the following capabilities to network participants.

☐ Referrals
   o Specialists
   o Imaging and Labs
   o Physical Therapy
   o Hospitals, Surgery Centers, and Long Term Care Facilities
   o Pharmacies
☐ Patient Scheduling and Pre-Authorization

 Functionality requires additional enhancements/development

☐ Billing and Follow-up
   o Insurance both primary and secondary
   o HCFA and EOB features

 Functionality is not as robust as PARCS and Orion RCM Applications.

☐ Payer Management
   o Contracts and Fee Schedules
   o Claim Submission
   o PPO management
☐ Alerts and Notifications
   o Patients
   o Providers

 BI provides superior functionality, move reports to BI platform..

☐ Robust Reporting Capabilities

EHREN WALIA 004025

© Sage Group - Proprietary & Confidential

Sage Group
Building Smarter Solutions

405



**AllRad Direct**
Innovation in Healthcare Networking

# Detailed Assessment

## Functionality Assessment

- ☐ Provider Portal
  - o Management and Status Reporting
  - o Schedule Change Management
  - o Payment Tracking and Reporting
- ☐ Data Collection and Storage
  - o Patient Demographics
  - o Patient Procedure and Clinical Documentation
  - o Billing and Payment Processing and Reporting
- ☐ Automatically Schedules Patient Procedures
  - o Contacts patients via fax, e-mail, mail, and phone
  - o Enables patient call in and real time scheduling with provider
- ☐ Patient Portal
  - o Medical History Request and Reporting
  - o Payments and Payment Reporting
  - o Appointment Request and Scheduling/Re-scheduling
  - o Demographic Data and Insurance Coverage Maintenance
- ☐ Automated notifications and reminders of appointments
- ☐ Automated Alerts when schedules are changed

© Sage Group - Proprietary & Confidential

EHRENWALLA 004026

 **ge Group**
Ag Smarter Solutions

406



# Detailed Assessment

## Technology Assessment

The AllRad Health Network Management Solution is built on a Microsoft technology platform which delivers a highly versatile and dynamic architecture to ensure the highest levels of security, compliance, reliability, and performance.  The architecture is designed to be a cloud based SaaS solution to support any scalability, performance, and availability requirements.  The following are the key components of the architecture:

### Components
SQL Server
.NET 4.5
HL7 interfaces
EDI and Secure FTP file transfer and communications
Fully HIPAA compliant

EHRENWALLA 004027

© Sage Group - Proprietary & Confidential





**AllRad Direct**
Innovation in Healthcare Networking

# Price Justification Assessment

## Initial Price Based on Company Fundamentals and Business Assumptions provided: December 2014

| Fundamental Description | 2013 – Actual YTD | 2014 Actual - YTD | 2015 | 2016 |
|---|---|---|---|---|
| Revenue (forecast) | 161000 | 70000 | | |
| Employee forecast: | | | | |
| Liabilities forecast: | | | | |
| EBITDA (forecast) | -41000 | -4000 | | |
| **Business Assumptions** | | | | |
| 1. All liabilities (known and anticipated) were included in liabilities forecast | | | | |
| 2. Client forecast included both expected new clients and expected lost clients. | | | | |
| 3. Forecast accuracy is + or – 5% accurate | | | | |
| 4. | | | | |

© Sage Group - Pro        ary & Confidential

EHREN-WALIA 004028



ge Group
g Smarter Solutions

408



# Recommendations

## Application Platform for CHT - Recommended

**Automation and Workflow Applications**

**Pegasus Code Review (PCR)**
Inputs from Hospital and Practice EMR or PM systems
Automates coding and Demographic Data Scrubbing

**Pegasus Scan (PSCAN)**
Automates claims entry of paper forms by creating batches in
Pegasus Accounts Receivable and Collections System

**Pegasus Accounts Receivable and Collections System (PARCS)**
Workflow automation and claim status management

**PM Systems**

| Imagine and Med FM | Centricity | All Script | Criterions | SQLMed | Reflections | Medical Manager |

**Business Intelligence and Reporting**

**Pegasus BI**

Pegasus-BI Data Warehouse

Reporting Tool

Patient Portal

Provider Portal and Management Dashboard

**Non-CHT Systems**

Electronic Health Records

Network Management System

The AllRad Network Management Solution along with the recommended enhancements can fill this Gap.

EHREN WALIA 004029

© Sage Group - Proprietary & Confidential





**AllRad Direct**
Innovation in Healthcare Networking

# Recommendations

The Sage Group has the following recommendations to ensure optimal shareholder value is realized by this acquisition:

1. Purchase AllRad Software and all rights to any of the concepts and uses.
2. Enhance the AllRad Software
   a. Modify all screens and portals to reflect CHT branding
   b. Enhance referral functionality to manage the following functionality
      i. Hospital Admissions and Discharge
      ii. Long Term Care or Specialized Nursing Facilities, etc.
      iii. Rehabilitation Facilities (physical therapy, etc.)
      iv. Pharmacies and medication distributors
   c. Enhance the clinical documentation and communication functionality to meet the needs of an ACO
   d. Integrate the solution with the following CHT applications
      i. PARCS
      ii. Pegasus BI
      iii. Provider and Patient Portals
3. Enhance Pegasus BI Reporting and Data Warehouse to maintain all Network related data
   a. Patient (insurance/finance, demographics, symptoms, diagnosis, treatment, results, satisfaction, lifestyle and health/treatment monitoring info)
   b. Provider
   c. Payer
   d. Clinical
   e. Note: Must maintain all RCM related data also

© Sage Group - Proprietary & Confidential

EHRENWALLA 004030


ge Group
Smarter Solutions
410

AllRa[...]irect
Innovation in Healthcare Networking

# Recommendations

Sage Group understands that the implementation of a fully functional Network Management Solution will be guided by the emergent needs of the CHT ACO/IPA and the cost of the enhancements will vary based on the detail design of the final solution; however we provide the following high level cost estimate to help CHT better plan for the enhancement project.

The cost for enhancing and maintaining the software will be around $3.5 million a year for 3 years and $500K on-going.

A.  Design, Development, Testing, and Implementation – 3 years

    1.    10 FTE in USA - $1.5M

    2.    30 FTE in India - $1M

    3.    Management Supervision - $.5M

    4.    Consultant - $.25M

    5.    Misc. - $.25M

B.  Maintenance and Minor Modifications – On-going

    1.    1 FTE in USA - $150 K

    2.    5 FTE in India - $200K

    3.    Management Supervision - $50K

    4.    Misc. - $100K (Database expansion and performance enhancements)

© Sage Group - Proprietary & Confidential

EHREH-WH... A 004031


Sage Group
Building Smarter Solutions

411

# EXHIBIT L

## RE: software company

**From:**
Paul Parmar <paul@constellationhealthgroup.com>
**To:**
Lee Pershan <lsp@robinsonbrog.com>, "A. Mitchell Greene" <amg@robinsonbrog.com>, Adam J Greene <ajg@robinsonbrog.com>
**Cc:**
David Cykiert <dc@robinsonbrog.com>, Sam Zaharis <sam.zaharis@constellationhealthgroup.com>, Ravi Chivukula
<ravi.chivukula@orionhealthcorp.com>
**Date:**
Wed, 31 May 2017 14:49:04 -0400
Overall profit of RCM business

Get Outlook for Android

---

**From:** Adam J Greene <ajg@robinsonbrog.com>
**Sent:** Wednesday, May 31, 2017 2:36:43 PM
**To:** Lee Pershan; A. Mitchell Greene
**Cc:** Paul Parmar; David Cykiert; Sam Zaharis; Ravi Chivukula
**Subject:** RE: software company

*Adam J. Greene, Esq.*
Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY  10022
(212) 603-0496 (Voice)

PP please explain this
We gather that the two installments should be $1,050,000.  I don't understand the margin requirement - is it that overall profits of the company with some adjustment for the purchase price?

---

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:59 PM
**To:** Adam J Greene; Lee Pershan
**Cc:** Sam Zaharis; Ravi Chivukula
**Subject:** software company

Adam, Lee

I am acquiring a small software company for 4.5m with payments as follows
1.   2.4m at close
2.   2.1m paid in two 6 monthly installments of 550K each based on the software bringing 12% margin in first 6 months and 15% margins in next 6 months

Create a company called **Physicians Healthcare Network Management Solution ( PHNMS )**  , LLC to make this acquisition of Objecttech holdings llc

Pl. do this quick so I can get it going.

EHREN-WALIA 004032

# EXHIBIT M

## FW: various document - marked up

**From:**
Arvind Walia <awalia@porteck.com>

ul Parmar <paul@constellationhealthgroup.com>
**Date:**
Thu, 15 Jun 2017 18:57:37 -0400
**Attachments:**
Undertaking Agreement - June 2017.docx (22.39 kB); Arvind Walia Employment Agreement 2017.docx (64.76 kB); MIPA - Objecttech Holdings LLC.DOCX (155.4 kB); Niknim Management Inc Consulting Agreement.docx (47.97 kB); Notice to Exercise Option - June 2017.doc (47.62 kB)

Please see the documents.

Objecttech - 1.52M at closing, 325k for 12% EBITDA anytime upto 6months and 325k for 15% EBTDA anytime upto 12 months.

Employment agreement - stock option participation language, 1 year non compete and state of new York instead of arbitration.

Thanks
Arvind

-------------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
-------------------------------------

-----Original Message-----
From: Arvind Walia
Sent: Thursday, June 8, 2017 7:18 AM
To: 'Sam Zaharis'
Subject: various document - marked up

Sam

Please see my markups on all documents, in addition I may need to convert the agreement to an asset purchase agreement. I am meeting my accountants today.

Let's work on this and resolve it asap.

Thanks
Arvind

Exhibit
0024

EHREN-WALIA 004413

# EXHIBIT N

## FW: various document - marked up

**From:**
Arvind Walia <awalia@porteck.com>

Paul Parmar <paul@constellationhealthgroup.com>
**Date:**
Mon, 19 Jun 2017 08:50:09 -0400
**Attachments:**
Undertaking Agreement - June 2017.docx (22.39 kB); Arvind Walia Employment Agreement 2017.docx (64.76 kB); MIPA - Objecttech Holdings LLC.DOCX (155.4 kB); Niknim Management Inc Consulting Agreement.docx (47.97 kB); Notice to Exercise Option - June 2017.doc (47.62 kB)

Paul

Please see the mark up. Please lets finalize today as I will like to close on this asap for one reason which I will talk to you about today.

Regards
Arvind

------------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
------------------------------------

    Original Message-----
From: Arvind Walia
Sent: Thursday, June 15, 2017 6:58 PM
To: Paul Parmar (paul@constellationhealthgroup.com)
Subject: FW: various document - marked up

Please see the documents.

Objecttech - 1.52M at closing,  325k for 12% EBITDA anytime upto 6months and 325k for 15% EBTDA anytime upto 12 months.

Employment agreement - stock option participation language, 1 year non compete and state of new York instead of arbitration.

Thanks
Arvind

------------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
------------------------------------

-----Original Message-----
From: Arvind Walia
        Thursday, June 8, 2017 7:18 AM
    Sam Zaharis'
Subject: various document - marked up

Sam

Exhibit
0025

EHREN-WALIA 004519

417

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ORION HEALTHCORP, INC.[1] | : Case No. 18-71748 (AST) |
| | : |
| Debtors. | : (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - | : |
| HOWARD M. EHRENBERG IN HIS CAPACITY | : |
| AS LIQUIDATING TRUSTEE OF ORION | : Adv. Pro. No. 20-08049 (AST) |
| HEALTHCORP, INC., ET AL., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ARVIND WALIA, NIKNIM MANAGEMENT, | : |
| INC. | : |
| Defendant(s) | : |
| | : |
| | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |

## AFFIDAVIT OF FRANK A. LAZZARA IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

DOCS_LA:346960.5 65004/003

I, FRANK A. LAZZARA, being duly sworn, deposes and says: I, Frank A. Lazzara, make this Declaration in support of Plaintiff's Motion for Summary Judgment or, In The Alternative, Summary Adjudication in the above referenced adversary. I make this declaration based on (a) my personal knowledge, (b) my review of relevant documents and information concerning the Debtors' operations, (c) my opinions based upon my experience and knowledge of the Debtors' historically reported financial operations and financial conditions, or (d) information provided to me by management, advisors, employees or other representatives of the Debtors.

1.      I was a Managing Director in the Forensic and Litigation Consulting practice of FTI Consulting, Inc. ("FTI"). I am currently a Managing Director in the Global Investigations practice at J.S. Held LLC.  I am a Certified Public Accountant ("CPA") in the state of New York, a Certified Fraud Examiner ("CFE"), and am Certified in Financial Forensics ("CFF") by the American Institute of Certified Public Accountants ("AICPA"). I have more than 30 years of experience in accounting, auditing, controllership and forensics.

2.      In September 2017, FTI was retained in connection with multiple investigative, advisory, and restructuring tasks regarding Constellation Healthcare Technologies, Inc., Orion Healthcorp., et al. ("CHT"). I led a team of FTI professionals (the "FTI Investigations Team") who, in conjunction with CHT's counsel, began an investigation into the then-current and historically reported financial condition of the Debtor.  Beginning September 29, 2017, computer forensics professionals from the FTI Investigations Team directed the collection of CHT's electronically stored information ("ESI") from servers maintained by CHT and its subsidiaries.

3.    Included within such acquired ESI were the Office 365 mailboxes of CHT's former CEO, Parmjit "Paul" Parmar ("Parmar"), and CHT's former CFO, Sam Zaharis ("Zaharis"), in addition to CHT's financial systems, accounting records, bank statements, accounts payable, receivables, vendor, customer files and financial systems. The FTI Investigations Team searched and reviewed the financial records, e-mails, and accounts payable information with regard to past operations of the Debtors.

4.    FTI also conducted various forensic analyses in an effort to identify and corroborate the payment of certain accounts going forward. As such, I am personally familiar with the Debtors' books and records in hard copy and electronic format, including its general ledger, financial statements and tax returns as well as the historical communications that were committed to e-mail. I continue to assist the plaintiff, Howard M. Ehrenberg, in his capacity as the Liquidating Trustee of Orion Healthcorp, Inc. *et al.* (the "Liquidating Trustee" or "Plaintiff"), in the conduct of investigative tasks.

5.    In its review of the Debtors' books and records, the FTI Investigations Team discovered numerous email communications from Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog"), to former executives of the Debtors (the "September 27, 2017 E-mail"), along with ledgers of the IOLA activity in the escrow account maintained by Robinson Brog at  Wells Fargo Bank, N.A. (the "IOLA Account" or "IOLA"). A true and correct copy of the covering email and attachment are attached herein as **Exhibit 1**, LAZ.

6.    For the fiscal year ended December 31, 2014, 23.1 million dollars borrowed by Orion through a facility with RCC Commercial, Inc. was deposited into and appears in the IOLA account statement activity[2], dated 4/1/2014. This inflow of cash was reflected in the

---

[2] There are two entries noted in the amounts of $13.1 million and $10 million with entries in the "Name " field reading RCC Commercial Inc. and Whitehorse Fin Warehouse Collection, respectively

2014 audited Consolidated Financial Statements of the Debtors Constellation Healthcare

Technologies and Subsidiaries as "net proceeds from long term debt" within the "Cash flows

from financing activities:" section of the Consolidated Statement of Cash Flows[3].  (See 2014

Audited Consolidated Financial Statements, a true and correct copy of which is attached hereto

as **Exhibit 2,** LAZ)

   7. Robinson Brog received the distribution of over $46 million related to a

CHT go-private merger transaction involving the Debtors that closed in January 2017 ("Go-

Private Transaction").  These funds raised through the Go-Private Transaction were deposited

into the IOLA Account on 2/3/2017.  No Debtors other than CHT and Orion deposited monies

into the IOLA Account prior to the Transfers based on my review of the IOLA Account as

attached hereto as **Exhibit 1,** LAZ.

   8. On March 2, 2015, the day prior to the March 3, 2015 Disbursement

Authorization and Itemization  for the sale of Porteck Corporation assets to Physician Practice

Plus, LLC , the IOLA Account records  "wire in" for $9,800,000" and the source of inflow as

Constellation Healthcare Technologies. (See **Exhibit 1**, LAZ, pg 3) Thereafter, on March 5,

2015, 9.8 Million was paid from the IOLA Account as reflected on the MS Excel schedule

attached hereto as **Exhibit 4, LAZ** which I prepared, comparing the Disbursement Authorization

and Itemization form to the IOLA Account.  (See **Exhibit 1 and 3,** attached hereto)  However as

reflected in the IOLA Account, of the 9.8MM, $3,000,000 was disbursed to First United Health

LLC. (See **Exhibits 1)** [Please see the MS Excel schedule attached hereto as **Exhibit 4,** LAZ].

---

[3] According to Note 11 "Line of Credit And Long-Term Debt" to the 2016 audited financials, (Exhibit 5), the unpaid balance of this facility reported on the Consolidated Balance Sheet was $20,958,879 at 12/31/2016

9.      As part of the forensic analysis of the Debtors' books and records between January 1, 2015 and December 31, 2015, no entry was made recording a 2.5 MM debt owed to any of the Sellers of Porteck. I also reviewed the fiscal year 2016 books and records, and similarly noted no recordation of a 2.5 MM debt owed to Sellers of Porteck.  There was no evidence within the Debtors' books and records of the satisfaction of an antecedent debt as a result of the Debtors' payment of $2,500,000 made to Defendants on April 15, 2016.

10.     As part of the forensic analysis of the Debtors' books and records between January 1, 2017 and December 31, 2017, no entry was made recording a 1.52 MM debt owed to any of Objecttech Holdings, LLC or to Defendants Walia or NIKNIM.  In 2017, the Debtors' books and records do not evidence the satisfaction of any antecedent debt or increase in net assets through the acquisition of an asset such as Objecttech Holdings LLC, AllRad or PHNMS for $1,520,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2023, at _New York City, N.Y._ .

_____
Frank Lazzara

SWORN TO AND SUBSCRIBED before me this
18th day of January, 2023

_____

YVETTE TORRES
Notary Public, State of New York
No. 01TO6299989
Qualified in New York County
Commission Expires March 31, 20 26

DOCS_LA:346960.5 65004/003                                    5

422

Exhibit 1

## FW: Constellation

**From:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**To:**
Zaharis <sam.zaharis@constellationhealthgroup.com>
**Cc:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**Date:**
Wed, 27 Sep 2017 16:07:16 -0400
**Attachments:**
Constellation Billing Memo-1.pdf (3.15 MB); IOLA Quickreport for Constellation Health All Accts.pdf (23.85 kB)

---

**From:** A. Mitchell Greene
**Sent:** Friday, July 28, 2017 1:28 PM
**To:** Paul Parmar; Sam Zaharis
**Subject:** Constellation

Paul and Sam:

Attached are the current escrow runs and our Constellation billing memos.  Fees are in the area of $300,000 which I would like to take from escrow to settle up your accounts.

*A. Mitchell Greene, Esq.*
Robinson Brog Leinwand Greene Genovese & Gluck  P.C.
875 Third Avenue/9th Floor
New York, NY  10022
(    ) 603-6399 (VOICE)
(347) 227-4901 (EFAX)

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete or destroy the message. Thank you.

4:29 PM
07/27/17
Accrual Basis

# Wells Fargo - IOLA (Non-Interest)
## Account QuickReport
### All Transactions

**Greene, A. Mitchell**
**Constellation Health, LLC**

| Type | Date | Num | Memo | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 06/13/2013 | CMWire | wire in | Abuzzi Investments LLC | Wells Fargo-IOLA | | 4,000,000.00 | 4,000,000.00 |
| Deposit | 06/14/2013 | CMWire | wire in | Constellation Health Group | Wells Fargo-IOLA | | 11,000,000.00 | 15,000,000.00 |
| Deposit | 06/17/2013 | CMWire | wire in | Hercules Funding II, Inc. | Wells Fargo-IOLA | | 15,620,000.00 | 30,620,000.00 |
| Check | 06/17/2013 | DMWire | wire out | Escrow Incoming Wire Account | Wells Fargo-IOLA | 2,500.00 | | 30,617,500.00 |
| Check | 06/17/2013 | DMWire | wire out | Habif, Arogeti & Wynne, LLP | Wells Fargo-IOLA | 36,000.00 | | 30,581,500.00 |
| Check | 06/17/2013 | DMWire | wire out/JPM as EA for Constellation Health/Orion Esc Fund | Wingman Health Corp. | Wells Fargo-IOLA | 40,000.00 | | 30,541,500.00 |
| Check | 06/17/2013 | DMWire | wire out | Sarah Reinbrecht | Wells Fargo-IOLA | 40,000.00 | | 30,501,500.00 |
| Check | 06/17/2013 | DMWire | wire out | Kirkland & Ellis LLP | Wells Fargo-IOLA | 50,000.00 | | 30,451,500.00 |
| Check | 06/17/2013 | DMWire | wire out/JPM as EA for Constellation Health/Orion Esc Fund | Escrow Incoming Wire Account | Wells Fargo-IOLA | 100,000.00 | | 30,351,500.00 |
| Check | 06/17/2013 | DMWire | wire out | Wingman Health Corp. | Wells Fargo-IOLA | 367,330.00 | | 29,984,170.00 |
| Check | 06/17/2013 | DMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 400,000.00 | | 29,584,170.00 |
| Check | 06/17/2013 | DMWire | wire out | Berasch, Friedlander, Coplan & Aronoff | Wells Fargo-IOLA | 485,000.00 | | 29,099,170.00 |
| Check | 06/17/2013 | DMWire | wire out/JPM as EA for Constellation Health/Orion Esc Fund | Escrow Incoming Wire Account | Wells Fargo-IOLA | 600,000.00 | | 28,499,170.00 |
| Check | 06/17/2013 | DMWire | wire out | TripleTree, LLC | Wells Fargo-IOLA | 1,000.00 | | 28,498,170.00 |
| Check | 06/18/2013 | DMWire | wire out | Orion Disbursing Agent, LLC | Wells Fargo-IOLA | 15,745,837.41 | | 12,665,827.17 |
| Check | 06/18/2013 | DMWire | wire out | Wells Fargo Capital Finance | Wells Fargo-IOLA | 9,113,860.29 | | 2,951,058.47 |
| Check | 06/21/2013 | DMWire | wire out | MagnaWoods Operating Account | Wells Fargo-IOLA | 6,920.00 | | 2,944,138.47 |
| Check | 06/25/2013 | DMWire | wire out | Dalmore Group LLC | Wells Fargo-IOLA | 200,000.00 | | 2,744,138.47 |
| Check | 06/25/2013 | DMWire | wire out | Mayer Colson | Wells Fargo-IOLA | 31,126.00 | | 2,713,012.47 |
| Check | 06/27/2013 | DMWire | wire out | Sage Group Consulting, Inc. | Wells Fargo-IOLA | 140,000.00 | | 2,573,012.47 |
| Check | 06/27/2013 | DMWire | wire out | Sage Group Consulting, Inc. | Wells Fargo-IOLA | 1,025,000.00 | | 1,548,012.47 |
| Check | 06/27/2013 | DMWire | wire out | Brown Brothers Harriman & Co. | Wells Fargo-IOLA | 43,012.47 | | 1,505,000.00 |
| Deposit | 07/02/2013 | CMWire | wire in | Orion Healthcare, Inc. | Wells Fargo-IOLA | | 75,000.00 | 1,580,000.00 |
| Check | 01/14/2014 | CM | Fax - Carl D5669 | Robinson Borg Leinwand | Wells Fargo-IOLA | 40,000.00 | | 1,540,000.00 |
| Check | 01/15/2014 | CMWire | wire out | Preston Fox-Collat | Wells Fargo-IOLA | 5,000.00 | | 1,535,000.00 |
| Check | 01/15/2014 | CMWire | wire out | Christian & Smith IOLTA Trust Acct | Wells Fargo-IOLA | 5,000.00 | | 1,530,000.00 |
| Check | 01/15/2014 | CMWire | wire out | Wolf Rifkin Shapiro Schulman Rabkin LLP | Wells Fargo-IOLA | 25,000.00 | | 1,505,000.00 |
| Deposit | 03/31/2014 | CMWire | wire in | Orion Healthcare, Inc. | Wells Fargo-IOLA | | 108,278.06 | 1,613,278.06 |
| Check | 04/01/2014 | CMWire | Rc Wesbers Riley & Sheppard LLP | Christian & Smith IOLTA Trust Acct | Wells Fargo-IOLA | 1,613,278.06 | | 0.00 |
| Deposit | 04/01/2014 | CMWire | wire in | Chamberlain Hrdlicka White etal | Wells Fargo-IOLA | | 45,000.00 | 45,000.00 |
| Check | 04/01/2014 | CMWire | wire out | Patrick V. Hampson | Wells Fargo-IOLA | 15,000.00 | | 30,000.00 |
| Check | 04/01/2014 | CMWire | wire out | RCC Commercial Inc. | Wells Fargo-IOLA | 15,000.00 | | 15,000.00 |
| Check | 04/01/2014 | CMWire | Fax - Constellation Health/Parmar | Robinson Borg Leinwand | Wells Fargo-IOLA | 15,000.00 | | 0.00 |
| Deposit | 04/01/2014 | CMWire | wire in | United Bank - WV | Wells Fargo-IOLA | | 265,967.29 | 265,967.29 |
| Deposit | 04/01/2014 | CMWire | acct to acct transfer of wire sent into Operating account in error (Paul Parmar) | United Bank - WV | Wells Fargo-IOLA | | 13,100,000.00 | 13,365,967.29 |
| Check | 04/01/2014 | CMWire | wire out | Staples Credit Plan | Wells Fargo-IOLA | 600,000.00 | | 12,765,967.29 |
| Check | 04/01/2014 | CMWire | wire out | Office Depot | Wells Fargo-IOLA | 13,196.76 | | 12,751,950.51 |
| Check | 04/01/2014 | CMWire | wire out | New American Corp. | Wells Fargo-IOLA | 3,795.16 | | 12,748,155.35 |
| Check | 04/01/2014 | CMWire | wire out | Whitehorse Fin Warehouse Collection | Wells Fargo-IOLA | 47,477.36 | | 12,704,113.15 |
| Check | 04/01/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 5,083.52 | | 12,699,349.63 |
| Check | 04/01/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 25,247.84 | | 12,674,101.79 |
| Check | 04/01/2014 | CMWire | wire out | Commercial Loan Servicing | Wells Fargo-IOLA | 876.52 | | 12,673,225.27 |
| Check | 04/01/2014 | CMWire | wire out | Resource Financial Fund Mgmt | Wells Fargo-IOLA | 1,563.82 | | 12,671,661.45 |
| Check | 04/01/2014 | CMWire | wire out | Whitehorse Finance Warehouse LLC | Wells Fargo-IOLA | 3,380.00 | | 12,668,281.45 |
| Deposit | 04/01/2014 | CAMWire | wire in | New American Corp. | Wells Fargo-IOLA | | 10,000,000.00 | 22,668,281.45 |
| Check | 04/01/2014 | CMWire | wire out | Sage Group Consulting, Inc. | Wells Fargo-IOLA | 2,232,702.99 | | 20,435,578.55 |
| Check | 04/01/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 1,810,349.83 | | 18,625,228.62 |
| Check | 04/01/2014 | CMWire | wire out | Commercial Loan Servicing | Wells Fargo-IOLA | 1,128,239.10 | | 17,496,989.52 |
| Check | 04/01/2014 | CMWire | wire out | Commercial Loan Servicing | Wells Fargo-IOLA | 400,000.00 | | 17,096,989.52 |
| Check | 04/01/2014 | CMWire | wire out | GSK Management | Wells Fargo-IOLA | 304,111.11 | | 16,792,878.41 |
| Check | 04/01/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 280,000.00 | | 16,512,878.41 |
| Check | 04/01/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 275,000.00 | | 16,237,878.41 |
| Check | 04/02/2014 | CMWire | wire out | Commercial Loan Servicing | Wells Fargo-IOLA | 233,205.89 | | 16,004,672.52 |
| Check | 04/02/2014 | CMWire | wire out | Orion Healthcare, Inc. | Wells Fargo-IOLA | 200,584.98 | | 15,804,277.53 |
| Check | 04/02/2014 | CMWire | wire out | Constellation Health, LLC | Wells Fargo-IOLA | 200,000.00 | | 15,604,277.53 |
| Check | 04/02/2014 | CMWire | wire out | Glenn Cunningham | Wells Fargo-IOLA | 180,000.00 | | 15,424,277.53 |
| Check | 04/02/2014 | CMWire | wire out | Houston Harbaugh PC Operating Account | Wells Fargo-IOLA | 150,000.00 | | 15,274,277.53 |
| Check | 04/02/2014 | CMWire | wire out | Christian & Smith IOLTA Trust Acct | Wells Fargo-IOLA | 148,133.28 | | 15,126,144.15 |
| Check | 04/03/2014 | CMWire | wire out | Kline Keppel & Konyak PC | Wells Fargo-IOLA | 120,000.00 | | 15,006,144.15 |
| Check | 04/03/2014 | CMWire | wire out | Hercules Technology Growth Capital | Wells Fargo-IOLA | 100,000.00 | | 14,906,144.15 |
| Check | 04/03/2014 | CMWire | wire out | Law Office of Patrick Fox, PC | Wells Fargo-IOLA | 100,000.00 | | 14,806,144.15 |
| Check | 04/04/2014 | CMWire | wire out | Glenn Cunningham | Wells Fargo-IOLA | 84,000.00 | | 14,722,144.15 |
| Check | 04/04/2014 | CMWire | wire out | Houston Harbaugh PC Operating Account | Wells Fargo-IOLA | 78,597.45 | | 14,643,546.70 |
| Check | 04/04/2014 | CMWire | wire out | Christian & Smith IOLTA Trust Acct | Wells Fargo-IOLA | 50,000.00 | | 14,593,546.70 |
| Check | 04/04/2014 | CMWire | wire out | Kline Keppel & Konyak PC | Wells Fargo-IOLA | 29,600.00 | | 14,563,946.70 |
| Check | 04/04/2014 | CMWire | wire out | Hercules Technology Growth Capital | Wells Fargo-IOLA | 2,500.00 | | 14,561,446.70 |
| Check | 04/04/2014 | CMWire | wire out | Law Office of Patrick Fox, PC | Wells Fargo-IOLA | 14,344,134.06 | | 217,312.64 |
| Check | 04/04/2014 | DM | EFTPS Payment - transmitted by C Henning (Int 403) | Internal Revenue Service | Wells Fargo-IOLA | 1,427.02 | | 215,885.62 |
| Check | 04/04/2014 | DM | EFTPS Payment - transmitted by C Henning (NY 403) | Internal Revenue Service | Wells Fargo-IOLA | 173,133.34 | | 42,752.28 |
| Check | 04/04/2014 | ACH DM | ACH Payment processed by Christian Henning for Adam Greene, Acct holder | Internal Revenue Service | Wells Fargo-IOLA | 36,756.18 | | 5,996.10 |
| Check | 04/04/2014 | 3575 | | Elastos, Inc. | Wells Fargo-IOLA | 4,678.16 | | 1,317.94 |
| Check | 04/04/2014 | 3576 | | ADP | Wells Fargo-IOLA | 2,178.56 | | -860.62 |
| Check | 04/04/2014 | 3577 | | ARI-AC | Wells Fargo-IOLA | 477.68 | | -1,338.30 |
| Check | 04/04/2014 | 3578 | | All About Massage and Wellness | Wells Fargo-IOLA | 700.00 | | -2,038.30 |
| Check | 04/04/2014 | 3579 | | Allscripts | Wells Fargo-IOLA | 58,348.39 | | -60,386.69 |
| Check | 04/04/2014 | 3580 | | Anne Tomporowski | Wells Fargo-IOLA | 57.91 | | -60,444.60 |
| Check | 04/04/2014 | 3581 | | Athena Health | Wells Fargo-IOLA | 20,291.00 | | -80,735.60 |
| Check | 04/04/2014 | 3582 | | Business Records Management LLC | Wells Fargo-IOLA | 4,371.06 | | -85,106.66 |
| Check | 04/04/2014 | 3583 | | Centron Data Services | Wells Fargo-IOLA | 4,317.68 | | -89,424.34 |
| Check | 04/04/2014 | | | Clearfield Technologies LLC | Wells Fargo-IOLA | 626.96 | | -90,051.30 |

Page 1

4:29 PM
07/27/17
Accrual Basis

# Wells Fargo - IOLA (Non-Interest)
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 04/04/2014 | 3584 | Community Medical Center | | Wells Fargo-IOLA | 1,023.46 | | -91,374.76 |
| Check | 04/04/2014 | 3585 | Consolidated Communications | | Wells Fargo-IOLA | 1,007.29 | | -92,382.05 |
| Check | 04/04/2014 | 3586 | Dawn Zinsior | | Wells Fargo-IOLA | 38.50 | | -93,020.55 |
| Check | 04/04/2014 | 3587 | Decision Health | | Wells Fargo-IOLA | 365.99 | | -93,386.54 |
| Check | 04/04/2014 | 3588 | Elizabeth Small | | Wells Fargo-IOLA | 68.95 | | -93,455.49 |
| Check | 04/04/2014 | 3589 | Fox Collections (Embion) | | Wells Fargo-IOLA | 5,919.36 | | -89,374.85 |
| Check | 04/04/2014 | 3590 | Hamco | | Wells Fargo-IOLA | 2,554.00 | | -91,928.85 |
| Check | 04/04/2014 | 3591 | Houston Harbaugh | | Wells Fargo-IOLA | 12,848.29 | | -114,777.14 |
| Check | 04/04/2014 | 3592 | IP Logic Inc. | | Wells Fargo-IOLA | 1,946.74 | | -115,723.88 |
| Check | 04/04/2014 | 3593 | Jayne Kerestes | | Wells Fargo-IOLA | 1,726.80 | | -117,450.68 |
| Check | 04/04/2014 | 3594 | Kalyn Lynn | | Wells Fargo-IOLA | 58.99 | | -117,509.67 |
| Check | 04/04/2014 | 3595 | Klondary Bail | | Wells Fargo-IOLA | 58.95 | | -117,570.62 |
| Check | 04/04/2014 | 3596 | Marie Ann Palmer | | Wells Fargo-IOLA | 49.95 | | -117,620.57 |
| Check | 04/04/2014 | 3597 | Meyer, Unknoc and Scott | | Wells Fargo-IOLA | 295.00 | | -118,029.57 |
| Check | 04/04/2014 | 3598 | Michael Robert Advertising | | Wells Fargo-IOLA | 105.61 | | -118,374.57 |
| Check | 04/04/2014 | 3599 | Net Xperts | | Wells Fargo-IOLA | 362.46 | | -118,131.13 |
| Check | 04/04/2014 | 3600 | Peter Clawson | | Wells Fargo-IOLA | 500.00 | | -119,293.64 |
| Check | 04/04/2014 | 3601 | Pitney Bowes Purchase Power | | Wells Fargo-IOLA | 19,823.74 | | -139,123.38 |
| Check | 04/04/2014 | 3603 | Premier Medical Associates | | Wells Fargo-IOLA | 343.59 | | -139,312.74 |
| Check | 04/04/2014 | 3628 | Prequel | | Wells Fargo-IOLA | 375.50 | | -140,167.37 |
| Check | 04/04/2014 | 3627 | Staples Business Advantage | | Wells Fargo-IOLA | 1,320.94 | | -141,507.31 |
| Check | 04/04/2014 | 3602 | State Farm Insurance | | Wells Fargo-IOLA | 1,279.78 | | -142,787.09 |
| Check | 04/04/2014 | 3604 | Toshiba Business Solutions | | Wells Fargo-IOLA | 482.59 | | -143,269.68 |
| Check | 04/04/2014 | 3605 | United Concordia Dental | | Wells Fargo-IOLA | 1,783.06 | | -145,052.74 |
| Check | 04/04/2014 | 3606 | White Plains Technologies, LLC | | Wells Fargo-IOLA | 7,760.00 | | -152,812.74 |
| Check | 04/04/2014 | 3607 | American Telephony Inc. | | Wells Fargo-IOLA | 688.00 | | -153,510.74 |
| Check | 04/04/2014 | 3608 | Business Systems and Services Inc. | | Wells Fargo-IOLA | 376.30 | | -153,887.04 |
| Check | 04/04/2014 | 3609 | Cerbon Data Services Inc. | | Wells Fargo-IOLA | 5,803.05 | | -159,690.09 |
| Check | 04/04/2014 | 3610 | City of Petersburg - M&O Tax | MED-18376 | Wells Fargo-IOLA | 10,480.63 | | -170,170.92 |
| Check | 04/04/2014 | 3611 | Emblem Business Services | | Wells Fargo-IOLA | 5,816.97 | | -175,381.89 |
| Check | 04/04/2014 | 3612 | Ez to Use | | Wells Fargo-IOLA | 164.38 | | -175,146.27 |
| Check | 04/04/2014 | 3613 | Highmark Blue Shield | | Wells Fargo-IOLA | 507.31 | | -176,146.27 |
| Check | 04/04/2014 | 3614 | Lamp Postpoad | | Wells Fargo-IOLA | 2,073.35 | | -178,219.62 |
| Check | 04/04/2014 | 3615 | Meyer, Unknoc and Scott | | Wells Fargo-IOLA | 85.40 | | -178,315.02 |
| Check | 04/04/2014 | 3616 | Michael Robert Advertising | | Wells Fargo-IOLA | 594.00 | | -178,909.02 |
| Check | 04/04/2014 | 3617 | Neopost USA Inc. | | Wells Fargo-IOLA | 106.61 | | -179,015.63 |
| Check | 04/04/2014 | 3618 | Noo Office Equipment | | Wells Fargo-IOLA | 226.80 | | -179,242.43 |
| Check | 04/04/2014 | 3619 | Office Depot Credit Plan | | Wells Fargo-IOLA | 433.03 | | -179,675.46 |
| Check | 04/04/2014 | 3659 | Perry & Associates, CPA's A.C. | | Wells Fargo-IOLA | 868.74 | | -180,544.20 |
| Check | 04/04/2014 | 3620 | Procorp | | Wells Fargo-IOLA | 1,563.49 | | -182,107.69 |
| Check | 04/04/2014 | 3621 | Sir Speedy | | Wells Fargo-IOLA | 1,037.73 | | -183,144.42 |
| Check | 04/04/2014 | 3622 | Staples Advantage | ACCT #151047S079 | Wells Fargo-IOLA | 1,095.70 | | -184,940.52 |
| Deposit | 04/04/2014 | | Vistra | wire in | Wells Fargo-IOLA | 5,103.60 | | -176,146.27 |
| Check | 04/04/2014 | 3823 | Orion Healthcorp, Inc | | Wells Fargo-IOLA | 7,235.37 | | -186,844.12 |
| Check | 04/04/2014 | 3825 | Toshiba Business Solutions | | Wells Fargo-IOLA | | | -185,844.12 |
| Check | 04/04/2014 | 3591 | Houston Harbaugh | VOID CK - 4/4/14 | Wells Fargo-IOLA | 218.94 | | -197,178.49 |
| Check | 04/14/2014 | 3591 | Houston Harbaugh PC Operating Account | wire out | Wells Fargo-IOLA | | 200,000.00 | 2,020.51 |
| Check | 04/14/2014 | 3880 | Athena Health | STOP PYMT - 4/4/14 | Wells Fargo-IOLA | | | 2,601.57 |
| Check | 04/14/2014 | 3881 | Athena Health | replace stopped ck #3580 | Wells Fargo-IOLA | 12,848.29 | 12,848.29 | 15,449.86 |
| Deposit | 04/21/2014 | | EZ to Use | wire in | Wells Fargo-IOLA | | 20,291.00 | 2,492.57 |
| Check | 04/28/2014 | 3554 | Jeffs & Rogers Atty, IOLA Acct | STOP PYMT - 4/4/14 | Wells Fargo-IOLA | 20,291.00 | | 22,692.57 |
| Deposit | 04/29/2014 | | New American Cyber - IOLA | STOP PYMT - 4/7/14 (stop effective 4/20) | Wells Fargo-IOLA | | 164.38 | 2,661.57 |
| Check | 04/29/2014 | 3591 | Orion Healthcorp, Inc. | move wire out of 8/5 mistakingly wired to Operating acct | Wells Fargo-IOLA | 3,380.00 | | 2,765.95 |
| Deposit | 08/07/2014 | DMwire | Webb, Ronald, Brunson, Graham Rakin LLP | wire out | Wells Fargo-IOLA | | 3,380.00 | -614.05 |
| Check | 08/07/2014 | DMwire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | 5,000.00 | 20,000.00 | 22,765.95 |
| Deposit | 08/25/2014 | DMwire | Weltman, Riley & Sheppeard LLP Trust | wire out | Wells Fargo-IOLA | 10,000.00 | | 17,765.95 |
| Check | 08/25/2014 | DMwire | Prodisser/ Rogers/ Jay Atty / Trust Acct | wire in | Wells Fargo-IOLA | | | 7,765.95 |
| Check | 09/02/2014 | CMwire | Graham Curtin, PA | wire out | Wells Fargo-IOLA | | | 344,765.95 |
| Check | 09/02/2014 | CMwire | RCC Commercial Inc. | fic. Weathers Riley & Sheppeard LLP | Wells Fargo-IOLA | | 337,000.00 | 22,765.95 |
| Deposit | 09/02/2014 | CMwire | Grafton Western Eerie LLP / Atty Trust Acct | wire in | Wells Fargo-IOLA | 123,113.72 | 1,200,000.00 | 17,765.95 |
| Check | 09/02/2014 | 3556 | Community Health LLC | | Wells Fargo-IOLA | 1,335,652.23 | | -1,544,765.95 |
| Deposit | 10/28/2014 | DMwire | Grant Thornton UK LLP | Fee for intl wire to Grant Thornton UK LLP on 10/28/14 | Wells Fargo-IOLA | 3,866.05 | | 1,421,652.23 |
| Check | 10/28/2014 | | Orion Healthcorp, Inc. | Fee reimbursement for wire charges | Wells Fargo-IOLA | 3,866.05 | | 221,652.23 |
| Deposit | 10/31/2014 | | Wells Fargo Bank, NA | wire in (for FUH account) - transferred wire into Operating today to IOLA | Wells Fargo-IOLA | 212,886.18 | | 217,786.18 |
| Deposit | 11/11/2014 | DMwire | Wells Fargo Bank, NA | wire in | Wells Fargo-IOLA | | | 212,886.18 |
| Check | 12/23/2015 | DMwire | Kirchsten Health LLC | wire out | Wells Fargo-IOLA | | 20.00 | -20.00 |
| Check | 12/23/2015 | CMwire | Fiego Hoff | wire in | Wells Fargo-IOLA | 1,750,000.00 | 1,750,000.00 | 1,750,000.00 |
| Check | 12/29/2016 | | Duff & Phelps LLC | wire out re: Duff & Phelps | Wells Fargo-IOLA | | | 0.00 |
| Check | 12/29/2016 | | Squire West Flink Jacobs Howard | | Wells Fargo-IOLA | 70,000.00 | 70,000.00 | 140,000.00 |
| Check | 12/29/2016 | | Orion Healthcare, Inc. | | Wells Fargo-IOLA | 70,000.00 | 70,000.00 | 0.00 |
| | | | | | | 57,897,560.02 | 57,897,560.02 | 140,000.00 |
| Total Constellation Health LLC | | | | | | | | 140,000.00 |
| Constellation Health/ABC | | | | | | | | |
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoom to Constellation Health/ABA per AJGA,PSam Zaharis | Constellation Hith/Rang... | 327,600.00 | 327,600.00 | 0.00 |
| Total Constellation Health/ABC | | | | | | 0.00 | 327,600.00 | 0.00 |
| Constellation Health/ACA | | | | | | | | |
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoom to Constellation Health/ACA per AJGA,PSam Zaharis | Constellation Hith/Rang... | 140,400.00 | 140,400.00 | 140,400.00 |
| Total Constellation Health/ACA | | | | | | 0.00 | 140,400.00 | 0.00 |
| Constellation Health/CHT Closing | | | | | | | | |

Page 2

426