# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:

Ehrenberg v. Arvind Walia et al

DEBTOR(s)

CASE NO: 8−20−08049−ast

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on May 2, 2024 by Sanford P Rosen on behalf of Arvind Walia and Niknim Management Inc., appealing Order granting and denying in part Plaintiff's Motion for Summary Judgment/Summary Adjudication and denying Defendants Arvind Walia and Niknim Management, Inc. CrossMotion for Summary Judgment; Ruling on Evidentiary Objections; and Establishing Fact, document number 97.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

Incomplete transmittal – Appellee Designations not filed.
1. Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Sanford P Rosen on behalf of Arvind Walia and Niknim Management Inc.
2. Bankruptcy Docket Sheet.

Dated: June 3, 2024

Robert A. Gavin, Jr., Clerk of Court

By: O. Eichhorn

Deputy Clerk

**BLadroapap.jsp** [Transmittal of Additional Record on Appeal AP 04/17/17]