# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 6/3/2024 |
| Case: 8−20−08049−ast | Form ID: 775 | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
- dft     Arvind Walia
- dft     Niknim Management Inc.
- pla     Howard M Ehrenberg

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
- aty     Eugene Ronald Scheiman     eugene.scheiman@scheimanlaw.com
- aty     Ilan D Scharf     ischarf@pszyjw.com
- aty     Jeffrey P Nolan     jnolan@pszjlaw.com
- aty     Paris Gyparakis     pgyparakis@pbnlaw.com
- aty     Sanford P Rosen     srosen@rosenpc.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- aty     Jeffrey Norlan     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue     34th Floor     New York, NY 10017
- ust     United States Trustee     Long Island Federal Courthouse     560 Federal Plaza − Room 560     Central Islip, NY 11722−4437 USA

TOTAL: 2