**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

ORION HEALTHCORP., INC., *et al*.,

      *Debtor,*

ARVIND WALIA; NIKNIM MANAGEMENT, INC.,

      *Appellants*,

   -v-

HOWARD EHRENBERG, in his capacity as Liquidating trustee of Orion Healthcorp. Inc., *et al*,

      *Appellee.*

------------------------------------------------------------X

**JUDGMENT**
Bank Case No. 8-20-08049-ast
CV 24-3330 (GRB)

An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on March 19, 2025, denying Appellant's appeal without prejudice to renewal after the entry of a final decision by the Bankruptcy Court, and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Appellants Arvind Walia and Niknim Management, Inc. 's appeal is denied without prejudice to renewal after the entry of a final decision by the Bankruptcy Court; and that this case is closed.

Dated: March 20, 2025
      Central Islip, New York

                                  BRENNA B. MAHONEY
                                  CLERK OF COURT

                        BY:   /S/ JAMES J. TORITTO
                                  DEPUTY CLERK